UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>   v.<br><br>WOODSIDE HOTEL GROUP LTD,<br><br>        Defendant. | Case No. 20-cv-05821-VKD<br><br>**ORDER FOR REASSIGNMENT TO DISTRICT JUDGE** |

Defendant Woodside Hotel Group Ltd. ("Woodside") has moved to dismiss plaintiff Theresa Brooke's complaint. Dkt. No. 7. None of the parties have consented to proceed before a magistrate judge. Absent the consent of all parties, this Court does not have jurisdiction over this matter and must refer the case to a district judge. 28 U.S.C. § 636; *Williams v. King*, 875 F.3d 500 (9th Cir. 2017); *see also* Civ. L.R. 73-1(a)(2).

Accordingly, it is ordered that this case be reassigned to a district judge. All pending motion hearings and scheduled appearances are hereby vacated and will be reset by the newly assigned judge. Should all parties consent to magistrate judge jurisdiction, this case may be reassigned back to the undersigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 21, 2020

VIRGINIA K. DEMARCHI
United States Magistrate Judge